1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HANH TRAN,<br><br>  Defendant. | No. 4-12-70396-MAG<br><br>STIPULATION AND [PROPOSED] ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through the undersigned attorney, that the status hearing presently set for April 19, 2012, be vacated, and the defendant ordered to appear in the district where the charges are pending to answer those charges.

IT IS SO STIPULATED:

Dated: April 16, 2012                                      /S/
                                                    ADAM V. PENNELLA
                                                    Attorney for Defendant


Dated: April 16, 2012                                      /S/
                                                    JOSHUA HILL
                                                    Assistant United States Attorney

STIP. AND [PROPOSED] ORDER
No.  4-12-70396-MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HANH TRAN,<br><br>    Defendant. | No. 4-12-70396-MAG<br><br>[PROPOSED] ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL |

    GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for April 19, 2012 is hereby vacated.

    IT IS FURTHER ORDERED, that the defendant is ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are: United States Courthouse, Western District of Pennsylvania, 700 Grant Street, Pittsburgh, PA 15219, Courtroom 7B before the Honorable Chief Magistrate Judge Lisa P. Lenihan on April 25, 2012 at 10:30 a.m. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

DATED: 04/17/12

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER
No. 4-12-70396-MAG