Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
HANH TRAN

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4-12-70396-MAG |
|        Plaintiff, | |
| | STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANT TO TRAVEL |
|   vs. | |
| HANH TRAN, | |
|        Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant HANH TRAN may travel directly from the Northern District of California to the Western District of Pennsylvania four days prior to his court appearance there (leaving this District no earlier than April 21, 2012) so that he can visit with his daughter who resides in Pittsburgh, PA. Mr. Tran was released on a number of conditions, including that he not travel outside of the Northern District of California, except travel to the Western District of Pennsylvania "for court purposes only."

United States Pretrial Services Officer Paul Mamaril has advised Mr. Tran's counsel that he does not object to the travel proposed by this stipulation.

It is further ORDERED that Mr. Tran shall communicate with Pretrial Services before, during (as directed by Pretrial Services) and immediately after the proposed travel. Mr. Tran is further ordered to provide Pretrial Services with a way to contact him during this travel.

All other terms of Mr. Tran's pretrial release shall remain in effect.


SO STIPULATED:


Dated: April 17, 2012                    _____/s/_____
                                         Adam Pennella
                                         Counsel for Roman Trejo


Dated: April 17, 2012                    MELINDA HAAG
                                         UNITED STATES ATTORNEY


                                         _____/s/_____
                                         Joshua Hill
                                         Assistant United States Attorney




SO ORDERED:


Dated: April 18, 2012

HON. KANDIS A. WESTMORE
United States Magistrate Judge