AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED

APR 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4-12-70396-MAG |
| | ) | |
| Stanley Van Bach | ) | Charging District: Western Dist. of Pennsylvania, Pittsburgh |
| | ) | |
| Defendant | ) | Charging District's Case No. CR2:12-81 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. Courthouse, Western District of Pennsylvania 700 Grant St. Pittsburgh, PA 15219 | Courtroom No.: 7B bef. Chief Mag. Lisa P. Lenihan |
|---|---|
| | Date and Time: 4/25/12 @ 10:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/19/12

_Kandis Westmore_
Judge's signature

KANDIS A. WESTMORE, U.S. Magistrate Judge
Printed name and title

cc: Copy to parties via ECF, Pret. Svcs., 2 Certified copies to US Marshal,
    Clerk of Chief Mag. Judge Lisa P. Lenihan